07 CIV 8213

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
SMT SHIPMANAGEMENT & TRANSPORT LTD.,
One Exchange Plaza
At 55 Broadway
New York, NY  10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SMT SHIPMANAGEMENT & TRANSPORT LTD.,  :
                                      :
                    Plaintiff,        :
                                      :  07 Civ.
      -against-                       :
                                      :  **FRCP 7.1**
TRANSPORTES COAL SEA DE VENEZUELA C.A., :
                                      :
                    Defendant.        :
-------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure no publicly traded company owns 10% or more of the shares of SMT Shipmanagement & Transport Ltd.

Dated:  New York, New York
        September 20, 2007

                              NOURSE & BOWLES, LLP
                              Attorneys for Plaintiff
                              SMT SHIPMANAGEMENT & TRANSPORT LTD.

                              By: _____
                                  John P. Vayda (JV 0339)
                                  One Exchange Plaza
                                  At 55 Broadway
                                  New York, New York 10006
                                  (212) 952-6200

[RECEIVED SEP 20 2007 U.S.D.C. S.D.N.Y. CASHIERS]